**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7737

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TIMOTHY GADSON,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.   Cameron McGowan Currie, District Judge.   (5:01-cr-0084-CMC-1)

Submitted:  December 14, 2006      Decided:  December 22, 2006

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Timothy Gadson, Appellant Pro Se.  Stacey Denise Haynes, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Gadson appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Gadson</u>, No. 5:01-cr-00084-CMC-1 (D.S.C. Sept. 27, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>